Arner J. MORGAN, JR.,
Plaintiff–Appellant,

v.

NATIONAL RAILROAD PASSENGER
CORPORATION, dba Amtrak,
Defendant–Appellee.

No. 99–15374.

United States Court of Appeals,
Ninth Circuit.

Filed Aug. 23, 2002.

Pamela Y. Price, Esq., Price and Associates, Oakland, CA, for Plaintiff–Appellant.

Kathleen J. Raynsford, Esq., Washington, DC, Theodora R. Lee, Kay M. Long–Martin, Broadway Oakland, CA, for Defendant–Appellee.

Before DONALD P. LAY,[1] D.W. NELSON, and THOMAS, Circuit Judges.

**ORDER**

This case is remanded to the district court for further proceedings consistent with *National R.R. Passenger Corp. v.*

*Morgan,* 535 U.S. ——, 122 S.Ct. 2061, 153 L.Ed.2d 106 (2002).